UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

ASHRAF QUTOUM                                    CIVIL ACTION

VERSUS                                           NUMBER: 08-4625

LAURIE A. WHITE                                  SECTION: "A"(5)


                              O R D E R

    The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

    Accordingly,

    **IT IS ORDERED** that plaintiff's claims against defendant, Laurie A. White, are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this <u>21st</u> day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE